FIRST NATIONAL BANK OF ELGIN, APPELLEE, V. TOM ADAMS
ET AL., APPELLANTS.

FILED DECEMBER 5, 1908.  No. 15,341.

APPEAL from the district court for Antelope county:
JOHN F. BOYD, JUDGE.  *Reversed.*

*S. D. Thornton* and *O. A. Williams,* for appellants.

*Jackson & Kelsey, contra.*

CALKINS, C.

This is an action between the same parties as in *First
Nat. Bank v. Adams, ante,* p. 801.  It is an ation to re-
cover other property claimed to be covered by the same
mortgage.  The evidence is similar, and the instructions
were practically the same.

It therefore presents the same questions, and we recom-
mend that, for the reasons stated in the opinion in that
case, the judgment of the district court be reversed and the
cause remanded for further proceedings.

ROOT, C., concurs.

By the Court: For the reasons above stated, the judg-
ment of the district court is reversed and the cause re-
manded for further proceedings according to law.

REVERSED.